**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30198 |
| Plaintiff-Appellee, | D.C. No. 1:17-cr-00013-SPW |
| v. | |
| ISAIAH SHAWN-SAM GLENN, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted May 15, 2018[**]

Before:    SILVERMAN, BEA, and WATFORD, Circuit Judges.

Isaiah Shawn-Sam Glenn appeals from the district court's judgment and challenges the 18-month sentence imposed following his guilty-plea conviction for failure to register as a sexual offender, in violation of 18 U.S.C. § 2250(a).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Glenn contends that his within-Guidelines sentence is substantively unreasonable. He argues that the district court should have imposed a lower sentence in light of his mitigating circumstances. The district court did not abuse its discretion in imposing Glenn's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the risk to the community posed by Glenn's conduct. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**